THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 In The Matter
 Of The Care And Treatment Of Joel Keziah, Appellant.
 
 
 
 
 

Appeal From Lexington County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2010-UP-261
 Submitted April 1, 2010  Filed April 29,
2010    

AFFIRMED

 
 
 
 Appellate Defender Lanelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Attorney General
 Deborah R.J. Shupe, and Assistant Attorney General William M. Blitch, Jr., all
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Joel
 Keziah appeals his commitment to the South Carolina Department of Mental Health
 under the Sexually Violent Predator Act.  Keziah argues the trial court erred
 in denying his pretrial motion for outpatient treatment rather than long-term commitment
 under the Act.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities:  S.C. Code
 Ann. § 44-48-30(1)(a), (b) (Supp. 2009) (defining a sexually violent predator); S.C. Code Ann. § 44-48-100
 (Supp. 2009) (requiring the circuit court, pursuant to the Sexually Violent
 Predator Act, to commit any individual who is determined to be a sexually
 violent predator).
AFFIRMED.
PIEPER and GEATHERS, JJ.,
 and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.